**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JAMAAL TURNQUEST,** : | |
| : | |
| Petitioner : | |
| : | **CIVIL NO. 3:CV-12-1654** |
| **v.** : | |
| : | **(Judge Caputo)** |
| **DELBERT G. SAUERS,** : | |
| : | |
| Respondent : | |

**O R D E R**

**AND NOW**, this **28th** day of **APRIL, 2015**, for the reasons set forth in the accompanying memorandum, it is ordered that:

1. The Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) is **DENIED.**

2. The Clerk of Court is directed to close this file.

                    **/s/ A. Richard Caputo**
                    **A. RICHARD CAPUTO**
                    **United States District Judge**